UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 24-9145-DMG (PVCx)** | Date | February 27, 2026 |
| Title | *Velanta Monique Babbitt v. Dignity Health, et al.* | Page | **1** of **1** |

| Present: The Honorable | DOLLY M. GEE, CHIEF UNITED STATES DISTRICT JUDGE |
|---|---|

| DEREK DAVIS | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE DEFENDANT'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE [27]**

On January 8, 2025, the Court issued an Order to Show Cause, requiring Defendant Sebhat Afework to show cause as to why this action should not be remanded to Los Angeles Superior Court for lack of subject matter jurisdiction. [Doc. # 24 ("OSC")]. On January 29, 2025, Afework filed a Response to the Court's OSC. [Doc. # 27 ("Response").]

The Court has reviewed and considered Afework's Response and the Ninth Circuit's opinion in *Blumberger v. Tilley*, 115 F.4th 1113 (9th Cir. 2024). *Blumberger* raises questions relevant to this action and the Court would benefit from a fuller record prior to making a ruling as to subject matter jurisdiction. Furthermore, it is unclear whether the U.S. Government has been notified of this removal. Afework shall serve the U.S. Government with copies of the Notice of Removal [Doc. # 1] and this Order by serving both the U.S. Attorney General's Office and the United States Attorney's Office. Afework shall file proofs of service by **March 31, 2026**.

The OSC is hereby **DISCHARGED**. The parties, inclusive of the U.S. Government, shall meet and confer by **June 5, 2026** and file a joint status report or stipulation regarding a proposed briefing schedule as to the issue of subject matter jurisdiction and whether a remedy by suit within the meaning of section 233(a) is, or is not, available against the United States. *See generally* 42 U.S.C.§ 233(a), (c), (l).

**IT IS SO ORDERED.**